**Electronically Filed
Supreme Court
SCWC-23-0000222
08-JUL-2024
09:59 AM
Dkt. 10 ODAC**

SCWC-23-0000222

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RAHEIM GAVIN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000222; CASE NO. 1CPC-21-0001537)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Morikone, in place of Ginoza, J., recused)

Petitioner/Defendant-Appellant Raheim Gavin's

Application for Writ of Certiorari, filed on May 30, 2024, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, July 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

